ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 3 2006
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

| | |
|---|---|
| MICHAEL A. WEBSTER,           ) | |
|     Plaintiff,           ) | |
|             ) | |
| v.           ) | 3:06-CV-0438-M |
|             ) | |
| MICHAEL CHERTOFF,           ) | |
|     Defendant.           ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DENIES Plaintiff's motion for leave to proceed *in forma pauperis*. If Plaintiff does not pay the filing fee on or before April 27, 2006, this case will be dismissed.

SO ORDERED this 13 day of April, 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE